In the Matter of John Swenaeton, Respondent, *v.* Walter H. Shupe, Appellant.

(Argued November 24, 1884 ; decided December 8, 1885.)

*Geo. W. Stephens* for appellant.

*Robert L. Harrison* for respondent.

Agree to dismiss appeal on the ground that it involves only questions of facts; no opinion.

All concur.

Appeal dismissed

---

The People, ex rel. Leslie W. Russell et al., Respondents, *v.* Alfred C. Chapin, Comptroller, etc., Appellant.

(Argued November 24, 1885 ; decided December 8, 1885.)

*Alfred C. Chapin*, appellant, in person.

*Leslie W. Russell* for respondents.

Agree to affirm on opinion of judge at Special Term.
Order affirmed.